UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| DAWN THOMPSON, | JUDGMENT IN A CIVIL CASE |
|     Plaintiff, | |
| vs. | |
| NHC HEALTHCARE MILAN, LLC, | CASE NO: 17-1116-STA-egb |
|     Defendant. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal With Prejudice entered on October 30, 2017, this cause is hereby dismissed with prejudice.


                                        APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 11/15/2017                 THOMAS M. GOULD
                                                      Clerk of Court

                                                           s/Maurice B. BRYSON

                                                           (By) Deputy Clerk